IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAEL PORTER, | * |
| | * |
| Plaintiff, | * |
| | *   CASE NO: 7:06-cv-78(HL) |
| vs. | * |
| | * |
| Sheriff ASHLEY PAULK, | * |
| | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's ORDER dated August 28, 2006, and for the reasons stated therein, JUDGMENT is hereby entered in favor of the Defendant. Plaintiff shall recover nothing from Defendant. Defendant shall also recover costs of this action.

This the 29th day of August, 2006.

*GREGORY J. LEONARD, CLERK*

BY:  s/Robin Walsh
U. S. Deputy Clerk